**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**MORTADA MEKI ABDALLA #A094-055-759** — **CIVIL ACTION NO. 1:26-CV-00809 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**CARIDAD CEPHAS KIMBROUGH, ET AL** — **MAGISTRATE JUDGE DAVID J. AYO**

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 20), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 5th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**